UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAVEH L. AFRASIABI,<br>     Plaintiff,<br><br>    v.<br><br>PIERS MORGAN, BHARATI NAIK, and<br>WAKE UP PRODUCTIONS LTD<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____ |

**EXHIBIT TO**
**NOTICE OF REMOVAL**

Respectfully submitted,

Dated:  August 19, 2025

*/s/  Justin P. O'Brien*
Justin P. O'Brien (BBO #658765)
Benjamin A. Ashenburg (BBO #710713)
LOVETT O'BRIEN LLP
155 Federal Street, Suite 1300
Boston, MA 02110
617-371-1035 phone
jobrien@lovettobrien.com
bashenburg@lovettobrien.com

Rachel Strom (BBO #666319)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
rachelstrom@dwt.com

*Counsel for Defendants*
PIERS MORGAN, BHARATI NAIK, and
WAKE UP PRODUCTIONS LTD

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I caused a true and accurate copy of this document to be served on Plaintiff by hand delivery to his address listed on his Complaint: 103 Indian Hill Road, Carlisle, MA 01741.

/s/ *Justin P. O'Brien*
Justin P. O'Brien

## 2581CV01684 Afrasiabi, Kaveh L. vs. Morgan, Piers et al



- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 07/09/2025
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 07/09/2025
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Tickler | Docket | Disposition |

### Party Information

**Afrasiabi, Kaveh L.**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

**More Party Information**

**Morgan, Piers**
- Defendant

Alias

**Party Attorney**
- Attorney
- Ashenburg, Esq., Benjamin A
- Bar Code
- 710713
- Address
- Lovett O'Brien LLP
  155 Federal St
  Suite 1300
  Boston, MA  02110
- Phone Number
- (617)603-0748
- Attorney
- O'Brien, Esq., Justin P
- Bar Code
- 658765
- Address
- Lovett O'Brien LLP
  155 Federal St
  Suite 1300
  Boston, MA  02110
- Phone Number
- (617)603-0748

**More Party Information**

**Naik, Bharati**
- Defendant

Alias

**Party Attorney**
- Attorney
- Ashenburg, Esq., Benjamin A
- Bar Code
- 710713

- Address
- Lovett O'Brien LLP
  155 Federal St
  Suite 1300
  Boston, MA 02110
- Phone Number
- (617)603-0748
- Attorney
- O'Brien, Esq., Justin P
- Bar Code
- 658765
- Address
- Lovett O'Brien LLP
  155 Federal St
  Suite 1300
  Boston, MA 02110
- Phone Number
- (617)603-0748

**More Party Information**

**Wake Up Productions, Ltd**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | - Attorney |
| | - Ashenburg, Esq., Benjamin A |
| | - Bar Code |
| | - 710713 |
| | - Address |
| | - Lovett O'Brien LLP |
| | 155 Federal St |
| | Suite 1300 |
| | Boston, MA 02110 |
| | - Phone Number |
| | - (617)603-0748 |
| | - Attorney |
| | - O'Brien, Esq., Justin P |
| | - Bar Code |
| | - 658765 |
| | - Address |
| | - Lovett O'Brien LLP |
| | 155 Federal St |
| | Suite 1300 |
| | Boston, MA 02110 |
| | - Phone Number |
| | - (617)603-0748 |

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 07/09/2025 | 10/07/2025 | 90 | |
| Answer | 07/09/2025 | 11/06/2025 | 120 | |
| Rule 12/19/20 Served By | 07/09/2025 | 11/06/2025 | 120 | |
| Rule 12/19/20 Filed By | 07/09/2025 | 12/08/2025 | 152 | |
| Rule 12/19/20 Heard By | 07/09/2025 | 01/05/2026 | 180 | |
| Rule 15 Served By | 07/09/2025 | 09/02/2026 | 420 | |
| Rule 15 Filed By | 07/09/2025 | 10/02/2026 | 450 | |
| Rule 15 Heard By | 07/09/2025 | 10/02/2026 | 450 | |
| Discovery | 07/09/2025 | 06/29/2027 | 720 | |
| Rule 56 Served By | 07/09/2025 | 07/29/2027 | 750 | |
| Rule 56 Filed By | 07/09/2025 | 08/30/2027 | 782 | |
| Final Pre-Trial Conference | 07/09/2025 | 12/27/2027 | 901 | |
| Judgment | 07/09/2025 | 07/10/2028 | 1097 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/09/2025 | Attorney appearance<br>On this date Pro Se added for Plaintiff Kaveh L. Afrasiabi | | |
| 07/09/2025 | Case assigned to:<br>DCM Track A - Average was added on 07/09/2025 | | Image |
| 07/09/2025 | Original civil complaint filed. | 1 | Image |
| 07/09/2025 | Civil action cover sheet filed. | 2 | Image |
| 07/09/2025 | Demand for jury trial entered. | | Image |
| 07/09/2025 | Plaintiff(s) Kaveh L. Afrasiabi's EMERGENCY Motion for Temporary Injunction on Defendant's Social Media Postings Labeling the Plaintiff as a Spy. Dated 7/9/25 Upon review of the pleadings, the standard for Emergency Ex Parte relief has not been met. Plaintiff may re-file in accordance with Superior Court Rule 9A, after review which the matter may be scheduled for a hearing. (Ellis,J.) Copy given in hand. | 3 | Image |
| 08/06/2025 | Service Returned for<br>Defendant Naik, Bharati: Service made in hand;<br><br>On 7/24/25 | 4 | Image |
| 08/06/2025 | Service Returned for<br>Defendant Morgan, Piers: Service through person in charge / agent;<br><br>To Bharati Naik on 7/24/25 | 5 | Image |
| 08/06/2025 | Service Returned for<br>Defendant Wake Up Productions, Ltd: Service through person in charge / agent;<br><br>To Bharati Naik on 7/24/25 | 6 | Image |
| 08/06/2025 | Plaintiff Kaveh L. Afrasiabi's Motion for<br>Temporary Injunction on Defendants Social Media Postings Labeling the Plaint as a Spy | 7 | Image |
| 08/11/2025 | Affidavit of Process Server | 8 | Image |
| 08/13/2025 | Defendants Piers Morgan, Bharati Naik, Wake Up Productions, Ltd's EMERGENCY Motion to Extend time to respond to Complaint | 9 | Image |
| 08/13/2025 | Attorney appearance<br>On this date Justin P O'Brien, Esq. added for Defendant Piers Morgan. | | Image |
| 08/13/2025 | Attorney appearance<br>On this date Justin P O'Brien, Esq. added for Defendant Bharati Naik. | | |
| 08/13/2025 | Attorney appearance<br>On this date Justin P O'Brien, Esq. added for Defendant Wake Up Productions, Ltd. | | |
| 08/13/2025 | Attorney appearance<br>On this date Benjamin A Ashenburg, Esq. added for Defendant Piers Morgan. | | |
| 08/13/2025 | Attorney appearance<br>On this date Benjamin A Ashenburg, Esq. added for Defendant Bharati Naik. | | |
| 08/13/2025 | Attorney appearance<br>On this date Benjamin A Ashenburg, Esq. added for Defendant Wake Up Productions, Ltd. | | |
| 08/14/2025 | Endorsement on Motion to Extend time to respond to Complaint (#9.0): ALLOWED<br><br>Judge: Barrett, Hon. C. William | | Image |
| 08/14/2025 | Plaintiff Kaveh L. Afrasiabi's Motion to<br>put the case on Fast Track | 10 | Image |
| 08/14/2025 | Self-Represented Plaintiff Kaveh I. Afrasiabi's Affidavit of compliance with Superior Court Rule 9A. | 10.1 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

| Disposition | Date | Case Judge |
|---|---|---|
|  |  |  |

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>2581CV01684 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>Afrasiabi, Kaveh L. vs. Morgan, Piers et al | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
|---|---|

| TO: File Copy | COURT NAME & ADDRESS<br>Middlesex Superior - Lowell<br>370 Jackson Street<br>Lowell, MA 01852 |
|---|---|

### TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

STAGES OF LITIGATION                                             DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 10/07/2025 | |
| Response to the complaint filed (also see MRCP 12) | | 11/06/2025 | |
| All motions under MRCP 12, 19, and 20 | 11/06/2025 | 12/08/2025 | 01/05/2026 |
| All motions under MRCP 15 | 09/02/2026 | 10/02/2026 | 10/02/2026 |
| All discovery requests **and depositions** served and non-expert depositions completed | 06/29/2027 | | |
| All motions under MRCP 56 | 07/29/2027 | 08/30/2027 | |
| Final pre-trial conference held and/or firm trial date set | | | 12/27/2027 |
| Case shall be resolved and judgment shall issue by | | | 07/10/2028 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br>07/09/2025 | ASSISTANT CLERK<br>Emily Jackson | PHONE<br>(978)656-7819 |
|---|---|---|

Date/Time Printed: 07-09-2025 11:09:05                                                                                SCV026\ 09/2018

## COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX SUPERIOR COURT

**Case No:** 2581cv 1684

Kaveh L. Afrasiabi,                )
    Plaintiff,             )
                )
    Versus                 )
                )
Piers Morgan,                     )
Bharati Naik,                      )
Wake Up Productions, LtD)
                )
    Defendants.            )

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JUL 0 9 2025

CLERK

## CIVIL ACTION: DEFEMATION OF CHARACTER, CIVIL RIGHTS VIOLATION. INCITEMENT OF VIOLENCE AND BODILY HARM, INTENTIONAL AND UNINTENTIONAL INFLICTION OF EMOTIONAL DAMAGE

This is a civil action brought pursuant to the statutes and laws of the United States and the Commonwealth of Massachusetts, including the United States Constitution, against the Defendants Piers Morgan, Wake Up Productions, LtD., and Bharati Naik for defamation of character, maliciousness, civil rights violation, incitement to violence against the Plaintiff and indirect infliction of bodily harm, and the infliction of emotional damage on the Plaintiff Afrasiabi, both intentionally and unintentionally.

Plaintiff demands a trial by jury and a compensation for the damages in the amount of twenty five million dollars.

**The Parties**

1. Defendant Morgan is a television and social media personality and the host of Piers Morgan Uncensored, which has a youtube channel with the following internet address: https://www.youtube.com/piersmorganuncensored. According to his own statistics, this show is viewed by over 1 billion viewers worldwide.

2. Defendant Bharati Naik is a producer for Piers Morgan Uncensored.

3. Wake Up Productions, LtD., is a broadcast company based in London, England, that produces the Piers Morgan Uncensored program. The address for all the above-stated defendants is as follows: c/o Kreston Reeves LLP, 2nd Floor, 168 Shoreditch, High Street, London, UK, E1 6RA

4. Plaintiff Kaveh Afrasiabi is a political scientist, theologian, and author of more than 30 books, both scholarly and published by various academic presses, as well as fiction and poetry,  and numerous scholarly articles, including in Harvard Theological Review, Harvard International Review, UN Chronicle, Columbia Journal of International Affairs, Brown's Journal of World Affairs, Middle East Journal, Council on Foreign Relations, Global Dialogue, London's Guardian, Berlin's Der Tagesspiegel, Nation Magazine, Monthly Review, New York Times (dozens of articles and letters), Boston Globe (13 articles), Washington Post, Washington Times, San Francisco Chronicle (7 articles), Christian Science Monitor, Telos Magazine,  Middle East Eye, Bulletin of Atomic Scientists, and Asia Times,

5. Plaintiff Afrasiabi has been a resident of Massachusetts since 1973 and is a graduate of Thayer Academy, University of Massachusetts, and Boston University (Ph.D. in political science, 1988). Afrasiabi has also studied comparative theology at Andover-Newton Theological School, in Newton, Massachusetts.

6.  Plaintiff Afrasiabi's writings have been published by Harvard University Press, Cambridge University Press, Chicago University Press, Wadsworth, Westview Books, Rowman & Littlefield, and Lexington Press, among others. Afrasiabi's books are held in thousands of libraries world-wide.

7.  Plaintiff Afrasiabi is an international affairs expert and has appeared on numerous television networks including CNN, Al-Jazeera, Voice of America, BBC, NPR, Canadian TV, etc.

8.  Plaintiff Afrasiabi is the author of, among others, three books in defense of Ukraine, a poetry book in defense of women's rights in Iran, and poetry books on 9/11 tragedy and the pandemic. Aslo, Plaintiff Afrasiabi is the author of a book on UN management reform and several interviews in UN Chronicle, including one with the Nobel Peace recipient, Shireen Ebadi. Afrasiabi's books have been reviewed in *Foreign Affairs* (June 2020) and Middle East Journal, among others. Plaintiff Afrasiabi is fluent in Farsi, English, French, German, and Spanish, with ability in Arabic.

9.  Plaintiff Afrasiabi is a former consultant to UN's Program of Dialogue Among Civilizations and frequent contributor to UN Chronicle and the Bulletin of Atomic Scientists.

10. Plaintiff Afrasiabi is a former consultant to CBS' "60 Minutes" and Fox Television and has worked with both the late Mr. Mike Wallace and Chris Wallace. The former testified on behalf of Afrasiabi as his character witness in the civil rights case of Afrasiabi versus Harvard University, which went to a ten day trial and then ultimately to US Supreme Court.

11. Plaintiff Afrasiabi has done post-doctoral research at Harvard University, UC Berkeley,

and SUNY, Binghamton.

12. Plaintiff Afrfasiabi has taught at Boston University, Northeastern University, Chapman University, Bentley University, Framingham University, and most recently University of Massachusetts in Boston (2022).

13. Plaintiff Afrasiabi is a former international affairs consultant to Iran's Mission to UN, 2007-2021, under the UN guidelines.  Per the UN Resolution 257, country missions operate to serve the UN Secretariats and are considered as sub-sets of UN family of organizations.  UN as an international organization is exempted from the US Law, Foreign Agent Registration Act (FARA).

14. Plaintiff Afrasiabi on numerous occasions wrote articles critical of Iran, including on the situation of women's rights, restricted elections, and various foreign policy issues such as Iran's threat to exit the nuclear non-proliferation treaty. Afrasiabi's part-time consulting had no bearing on his writings. Afrasiabi used his consulting role with Iran for the sake of US hostages in Iran. See the letter of MIT Professor Noam Chomsky regarding his collaboration with Afrasiabi for the release of three American hikers held in Iran.

15. In January, 2021, the outgoing Trump Administration leveled the charges of violation of FARA (Foreign Agent Registration Act) against the Plaintiff Afrasiabi.  Afrasiabi denied the charges and rejected any plea offer by the government, in the pending case USA versus Afrasiabi, US District Court, Eastern District of New York, Case No. 21CR46.

16. On September 18, 2023, all the above-mentioned charges against the Plaintiff Afrasiabi were dismissed following a Presidential Pardon by the US President, Joseph Biden on September 14, 2023.

17. Plaintiff Afrasiabi both in his pleadings in the case against him, above-mentioned, as well as in his various press interviews and in his book, *Agent of Peace: Response to US Accusation*, had flatly denied that the US government allegation of violating FARA. Plaintiff was not charged with any crime of spying by the United States government at any time.

### Statement of Facts

18. On June 25, 2025, Plaintiff appeared as a guest of Pier Morgan Uncensored program, live on the internet, and was introduced as former advisor to Iran's nuclear negotiation team, was arrested as a spy and pardoned by President Biden. The internet link for this program is as follows: https://www.youtube.com/watch?v=ul-yzKQThWM.

On the same program, Plaintiff objected to his mischaracterization and corrected the host, Defendant Morgan, by clarifying that he had never been charged with spying, and that there had never been any allegation of spying against him contrary to what Morgan stated, and that the first Trump administration in his last days in office had brought FARA charges against him, which he had denied. But, Defendant continued to insist that the spying charge "was correct" and the next day further defamed Afrasiabi by circulating segments of his debate with Afrasiabi on Tik Tok and Intagram with the writeup that **"Kaveh Afrasiabi** grows incensed at Piers Morgan for mentioning he was arrested on charges of spying for Iran." The internet link for this is as follows: https://www.tiktok.com/@piersmorganuncensored/video/7519270163032608022. *See Exhibit Number 1, Piers Morgan's write-up on Afrasiabi in youtube, Facebook, Instagram, and Tik Tok.*

19. On June 23, 2025, Plaintiff placed a call to the Defendant Bharati Naik before the interview and

asked her how he was going to be introduced. Defendant Naik said that Plaintiff will be introduced as "author and former advisor to Iran's nuclear negotiation team." Plaintiff agreed. Yet, after the interview, above-mentioned, Plaintiff again called and spoke with Defendant Bharati and objected to his mischaracterization as a "spy." Defendant Naik defended that mischaracterization and said "it is true." Afrasiabi then repeatedly emailed Defendant Naik and provided the email of both his standby counsel in the US v Afrasiabi case, Dierdre Von Dornum, as well as US assistant attorney in that case, Sara Winiki, to contact and to confirm that Afrasiabi was never arrested for alleged spying for Iran. Defendants ignored Afrasiabi's emails. Afrasiabi then asked his lawyer, William Keefe to send an email to the Defendants further clarifying that their spying allegation against Afrasiabi was false and required a public apology. *See the letter of attorney Keefe to Piers Morgan dated June 27, 2025 identified herein as Exhibit Number 2.* A similar letter by Afrasiabi's other counsel, attorney John Tatoian, was sent to Piers Morgan and the other defendants in this case, dated June 30, 2025, *identified herein as Exhibit Number 3.* Both letters by attorneys Keefe and Tatoian were conveniently ignored by the Defendants who continued with their false and dangerous labeling of Afrasiabi as an Iranian spy, risking his well-being.

20. Defendants by attributing a false criminality to Plaintiff Afrasiabi, by stating publicly that Afrasiabi had been "arrested for spying for Iran," defamed Afrasiabi's character. This is a blatant act of defamation per se, which is actionable in the Commonwealth of Massachusetts, *Gen. Law, Chapter 223, Section 91.* Plaintiff was thus held in public contempt as a direct result of the action of the Defendants. He denounced the smear campaign against him by the Defendants in a subsequent interview with the talk show Glenn Diesen. *See Exhibit Number 4.*

21. Defendants' false insinuation that Plaintiff Afrasiabi has acted as an Iran spy made

Afrasiabi the potential target of hate groups. As a result of the incendiary rhetoric of Defendants against Afrasiabi, labeling him as Iranian spy, Afrasiabi was physically assaulted by an assailant while crossing the street in Watertown, Massachusetts, on June 29, 2025. Afrasiabi suffered a broken hand and injured elbow and was hospitalized as a result of the hate crime against him, directly related to the hate climate against him maliciously generated by the Defendants above-mentioned. See Dr. Notes identified herein as Exhibits Number 5-6.   In addition to the indirect physical harm, the Defendants are also responsible for the direct infliction of severe emotional harm on Afrasiabi, who has been very sad, frustrated, shamed, and humiliated as a result of Defendants' unconscionable lies about him to millions of viewers worldwide.

22. As a result of Defendants' irresponsible and illegal action, above complained of, Plaintiff Afrasiabi has experienced a sense of insecurity, mental and emotional anguish, and even depression.

23. Defendants violated the civil rights of Plaintiff Afrasiabi by explicitly claiming that Afrasiabi had been arrested as an Iranian spy, and did so knowing that this accusation was completely false.

## FIRST CAUSE OF ACTION: DEFAMATION OF CHARACTER

Defendants by virtue of labeling Afrasiabi as a foreign spy and falsely claiming that he had been arrested for spying for Iran engaged in the unlawful tort of defamation of character

## SECOND CASE OF ACTION: CIVIL RIGHTS VIOLATION

Defendants by willfully lying that Afrasiabi had been arrested as an Iranian spy violated his civil rights. The Defendants knew and should have known that by levelling this false and defamatory accusation at the Plaintiff on an international program was tantamount to the violation of Plaintiff's civil rights.

## THIRD CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DAMAGE

Defendants by and through their unlawful actions complained of herein intentionally inflicted emotional damage on the Plaintiff.

## FOURTH CAUSE OF ACTION: UNINTENTIONAL INFLICTION OF EMOTIONAL DAMAGE

Defendants and through their unlawful actions complained of herein uninentionally inflicted emotional damage on the Plaintiff

## FIFTH CAUSE OF ACTION: INCITEMENT OF VIOLENCE AGAINST THE PLAINTIFF AND BODILY HARM

Defendants by their malicious action of smearing Afrasiabi as an alleged spy incited violence against him which resulted in a serious hate crime inflicting serious bodily harm on the Plaintiff.

*Wherefore, Plaintiff demands a trial by jury and a jury reward for his damages in the amount of twenty five million dollars.*

*Respectfully Submitted,*

*Kaveh L. Afrasiabi, Ph.D.*

*103 Indian Hill Road, Carlisle, MA 01741*
*(617) 319-9276*

 Facebook · Piers Morgan Uncensored
570+ reactions · 2 weeks ...

## Piers Morgan Uncensored

"I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of spying ...

 TikTok · piersmorganuncensored
32.8K+ views · 2 weeks ...

## Kaveh Afrasiabi Threatens Lawsuit Against Piers Morgan

"I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of ...

 Instagram · piersmorganuncensored
220+ lik...

## Piers Morgan Uncensored | "I will bring ...

Piers Morgan Uncensored | "I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at @piersmorgan** for mentioning he was arrested on ...

 X · PiersUncensored
250+ likes · 2 weeks ...

## Piers Morgan Uncensored - X



" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of spying for Iran. Piers: "Do what you like mate ...



AI Overview

⋮

Based on recent reports and videos from Piers Morgan Uncensored, there was an exchange between Piers Morgan and Kaveh Afrasiabi. This occurred during a broadcast where Piers Morgan mentioned that Afrasiabi had been arrested on charges of spying for Iran.  🔗

Kaveh Afrasiabi threatens to SUE Piers Morgan for stating facts

Jun 23, 2025 — "I will bring a MAJOR lawsuit on your head!" Kaveh Afrasiabi grows incensed at Piers Morgan for mentioning he was arrested on charges of



Show more  ⌄



Facebook · Piers Morgan Uncensored
570+ reactions · 2 weeks ...

Kaveh Afrasiabi threatens to SUE Piers Morgan for stating ...

"I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of ...

2:41

# WILLIAM KEEFE
# LAWYER
801 C TREMONT STREET
BOSTON MASSACHUSETTS 02118
TEL: (617) 947-8483
FAX: 617-445-8002
E-MAIL: wkeefelaw@gmail.com

June 27, 2025

To: Piers Morgan, by email courtesy of: bharati.naik@pmu.media

Dear Mr. Morgan,

I represent Dr. Kaveh Lotfolah Afrasiabi for the purpose of this correspondence.  I represented him when he was arrested in 2021 by U.S. federal agents and charged with violating the Foreign Agent Registration Act (FARA) over his consulting role he had with Iran's Mission to the United Nations. Contrary to your claim on your recent program when you hosted my client as a guest speaker, you stated that Dr. Afrasiabi was arrested and charged criminally as a spy for Iran. This was a completely false statement.  In fact, Dr. Afrasiabi was never accused of spying in the United States District Court prosecution of him in the Eastern District of New York (Brooklyn Federal Court).  The sole allegation against Dr. Afrasiabi was that he served as a consultant to Iran's Mission the United Nations without complying with certain registration requirements with the U.S. State Department as an employee of the Iranian Mission.  You have seriously damaged Dr. Afrasiabi's reputation by levelling these false accusations and falsely portraying them as facts to millions of your viewers, readers and listeners.

By your knowingly false statements you have defamed him. In addition, in today's volatile environment you have seriously jeopardized Dr. Afrasiabi's safety and security by maliciously and falsely labeling him as an Iranian spy.  God forbid any harm comes to Dr. Afrasiabi as a result of your malicious and deliberate smears of his character by labeling him a spy for Iran.

On behalf of Dr. Afrasiabi, I demand a response to this correspondence.  At a minimum, an immediate retraction and public apology on your program to Dr. Afrasiabi, and the immediate deletion of your anti-Afrasiabi posts on your Instagram, Tik Tok, facebook and other social media sites is appropriate.  I believe something more would make this awful situation right.  If you do not comply with this reasonable to contact me with a reasonable settlement, and request to stop your ongoing libel and slander of Dr. Afrasiabi, legal consequences will ensue forthwith. Thank you for your attention this matter. Please feel free to reach me at the above email address or telephone number.

Sincerely,

/s/ William Keefe

William Keefe



● **John A. Tatoian JD Esq, President, Johr**    Mon, Jun 30 at 12:52 PM  ☆
   **From:** jtatoianlaw@gmail.com
   **To:** bharati.naik@pmu.media
   **Cc:** rebecca.banovic@pmu.media

TO;
Wake Up Productions Ltd
Piers Morgan
Bharti Naik
c/o Kreston Reeves llp
2nd floor
168 Shoreditch
High Street
London UK E1 6RA

Mr. Morgan;

My office represents Dr. Kaveh Afrasiabi world renowned author of over 30 books. Dr.
Afrasiabi was a guest on your show entitled " Piers Morgan Uncensored " airing June
20 3025. According to your own statistics, your show is watched by over 1 billion
people worldwide.

During the course of the show you stated Dr. Afrasiabi was arrested for " spying" , a
criminal act pursuant to 18 USC 37 et seq.

In fact, Dr. Afrasiabi was not arrested for " spying" or espionage but was arrested for
violating the Foreign Agents Registration Act 22 USC 611.et seq and was
subsequently pardoned by President Biden on September 14 2023 & all charges were
dismissed. Thus, contrary to your outrageous statement, there was never any
allegation of spying or espionage against Dr. Afrasiabi.

Thus the aforementioned statement by you accusing my client of a crime he was never
arrested for a) disparaged his reputation, b) put his safety significantly at risk, c) was
knowingly false or made with a reckless disregard for its truth, and d) was
communicated and disseminated to presumably 100's of millions of viewers worldwide,
including but not limited to Facebook, Instagram & Tik Tok.

My client demands an apology and retraction of your knowingly false statement
forthwith or an action may be brought pursuant to Massachusetts law for defamation
per se which may subject you personally for actual damages, presumed damages,
punitive damages, injunctive relief, costs and attorney fees.

Please contact my office directly to resolve this matter amicably.

Govern yourself accordingly.


John A. Tatoian JD Esq
Chairman
John Tatoian Enterprises
Tatoian Global Media LLC
JPT Holdings LLC
Worldwide Asset Group
Tatoian & Associates
www.johntatoianlaw.com
TatoianEnterprises.net
United States District Court of Connecticut, United States District Court of
Massachusetts, state Court of Massachusetts
***** avvo.com
860 490 4138

**AFRASIABI, Lotfolah K (id #179296, dob: 02/13/1957)**

07/03/2025

| From Provider | To Provider |
|---|---|
| **ALLIS KIM, MD**<br>**ORTHOPAEDIC SURGICAL ASSOCIATES, PC**<br>**2 LAN DRIVE**<br>**WESTFORD, MA 01886-3532**<br>**Phone: (978) 454-0706**<br>**Fax: (978) 970-0454** | |

## Order Information

| Order |
|---|
| **Orders included: 1** |
| **Other closed fracture of distal end of right radius, initial encounter - Right**<br>**ICD-10: S52.591A: Other fractures of lower end of right radius, initial encounter for closed fracture**<br>**● NOTE TO RETURN TO WORK/SCHOOL**<br>   **Note to Provider: Lotfolah will be out of work for 4-6 weeks due to wrist fracture** |

## Patient Information

| Patient Name | **AFRASIABI, LOTFOLAH K** |
|---|---|
| **DOB** | **02/13/1957** |
| **Primary Insurance** | **Medicare-MA (Medicare)**<br>**ID: 6RA6Q53HM68**<br>**Policy Holder: AFRASIABI, LOTFOLAH** |
| **Secondary Insurance** | **None recorded.** |

Electronically Signed by: ALLIS KIM, MD

<u>INSURANCE INFORMATION</u>   (Please present your insurance card for photocopying)

PRIMARY INSURANCE: _____ ID: _____ Group: _____

Subscriber's Name: _____          Relationship to Patient: _____

Subscriber Place of Employment: _____          Subscriber DOB: _____

SECONDARY INSURANCE: _____ ID: _____ Group: _____

Subscriber's Name: _____          Relationship to Patient: _____

Subscriber Place of Employment: _____          Subscriber DOB: _____

<u>DATE OF INJURY:</u> _____

Reason for visit: *04/29/25*          Left /(Right)/ Both          Hand Dominance:(Right)/ Left

How long have your symptoms been present? _____

Brief description of how injury occurred: *crossing the street, stranger*
*Physically attacked me.*

Is injury work related?  Y /(N)  Currently working / employed?  Y /(N)  Auto Accident?  Y /(N) Lawsuit Pending? Y /(N)

If the injury is not work or auto related, please sign the following statement:

I certify that this injury is not related to work or an auto accident:

Signature: _____          Date: *07/03/25*

**PAGE 1 OF 5**



Name: Afrasiabi, Lotfolah
Age: 68Y DOB: Feb 13, 1957
Gender: M  Wt:  Ht:
MedRec: 0001169629
AcctNum: 000012764686
Attending: SIMG
Primary RN: SWEA
Bed: ED OLSEN 18

# EMERSON HOSPITAL
# DISCHARGE INSTRUCTIONS

General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department was for an urgent problem and is not intended as complete care. Occasionally, important medical issues are not addressed or detected in an Emergency Department evaluation. It is important that you follow up with a doctor, nurse practitioner, or physician´s assistant for a comprehensive evaluation and ongoing care.

Often times, there are tests done that were not completed or the results not available at the time of your discharge. Some tests take several days to complete. You may call 978–287–3692 between 11 am and 4 pm to get those results. Imaging studies performed evenings and weekends are often reviewed a second time by a Radiologist. If there are any new findings on this second review, your PCP may be notified and/ or you may receive a call indicating there was a change in the test result and a recommendation for any needed follow–up.

If you feel you are getting worse anytime after you leave the emergency department, or you do not improved as expected, you should call back or return to our department. For safety´s sake, we would much rather check you again than take any chances.

If you have questions or concerns, please call your doctor or you may reach us at (978) 287–3690. The Emergency Department is open 24 hours a day for any problems.

## FINAL DIAGNOSIS
Olecranon bursitis, right elbow

## TREATED BY:
Attending Physician – Simon, MD, Gabriel; PA – Bolduc, PA, Kaitlyn
Primary Nurse(s) –

## FOLLOWUP CONTACT

Follow up with Primary Care Physician Call to inform about this ED visit

## SPECIAL INSTRUCTIONS
You are seen in the emergency room today for swelling to your elbow. Your workup today suggests olecranon bursitis. This is an inflammation of the bursa. Take the prednisone as directed. Take the oxycodone only as needed for severe pain. Do not take this and drive or operate heavy machinery. Wear the sling and apply ice to the area. Please call orthopedics on Monday to schedule close follow–up.
If you develop any worsening symptoms such as difficulty moving the joint or swelling going up the arm, please return to the ER.

## MEDICAL INSTRUCTIONS

### OLECRANON BURSITIS, EASY–TO–READ
Olecranon Bursitis

Prepared: Sat Jul 05, 2025 22:52 by BOKA 1 of 4



**Kaveh Afrasiabi: Trump vs Iran - From Containment to Confrontation**

Glenn Diesen
178K subscribers

Subscribe

1K

Share

Save

21,971 views  Jun 28, 2025
Kaveh L. Afrasiabi is an Iranian-American political scientist and author of several books on Iranian foreign policy, including Iran Nuclear Negotiations. Afrasiabi has taught political science at the University of Tehran, Boston University, and Bentley University and was a visiting scholar at Harvard University, University of California-Berkeley, Binghamton University, and the Center for Strategic Research, Tehran. From 2004 to 2005, he was an advisor to Iran's nuclear negotiation team.

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 25oi cv 1684 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): Kaveh Lotfolah Afrasiabi

ADDRESS: 103 Indian Hill Rd
Carlisle MA -01741

COUNTY:

ATTORNEY:

ADDRESS:

DEFENDANT(S): Piers Morgan
Bharat Naik
Wake up productions
C/o Kreston Reeves LLP
2nd Floor, Shoreditch
High st London, UK E1 6RA

ADDRESS:

BBO:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. B15 | TYPE OF ACTION (specify) Defamation/Civil rights | TRACK A | HAS A JURY CLAIM BEEN MADE? ☒ YES ☐ NO |
|---|---|---|---|

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☐ NO

Is this a class action under Mass. R. Civ. P. 23?   ☐ YES   ☐ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................................ $ 7000.00
2. Total doctor expenses .......................................................................... $ 3000.00
3. Total chiropractic expenses ................................................................. $
4. Total physical therapy expenses ......................................................... $
5. Total other expenses (describe below) ............................................... $
   FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX    Subtotal (A): $

B. Documented lost wages and compensation to date ............................ $
C. Documented property damages to date .............................................. $
D. Reasonably anticipated future medical and hospital expenses ........... $
E. Reasonably anticipated lost wages ..................................................... $
F. Other documented items of damages (describe below) ....................... $ 25,000,000.00

JUL 09 2025

CLERK

long-term Reputation Damage

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Global Defamation of Character

TOTAL (A-F): $ 25,000,000.00

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X _Afrasiabi_    Date: 7/9/26

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

#### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                    Date:

# COMMONWEALTH OF MASSACHUSETTS
# MIDDLESEX SUPERIOR COURT

Case No:    $2581cv1684$

Kaveh L. Afrasiabi,                )
      Plaintiff,                      )
                    )

     Versus                           )

                    )
Piers Morgan,                     )
Bharati Naik,                      )
Wake Up Productions, LtD)
                    )
     Defendants.                     )

**FILED**
**IN THE OFFICE OF THE**
**CLERK OF COURTS**
**FOR THE COUNTY OF MIDDLESEX**

**JUL 0 9 2025**

CLERK

## PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY INJUCTION ON DEFENDANTS' SOCIAL MEDIA POSTINGS LABELING THE PLAINTIFF AS A SPY

Now comes the Plaintiff Afrasiabi, Pro Se, and moves the court, pursuant to Rule 65 of the Massachusetts Rules of Civil Procedure, to issue a temporary injunctions regarding the false, defamatory, and highly dangerous to Plaintiff of Defendants' various postings on social media, falsely claiming that Afrasiabi had been arrested as an alleged spy for Iran. See Exhibit Number 1 in Plaintiff's Complaint.

As stated in full detail in Afrasiabi's instant complaint, the Defendants' smear campaign against the Plaintiff is completely false, as confirmed by attorney William Keefe in his letter to the Defendants, identified as Exhibit Number 2, and is not only highly defamatory, it is also dangerous and has put the Plaintiff's safety at risk. As a direct result of the Defendants' action, Plaintiff was subjected to a vicious bodily attack

by an assailant on June 30, 2025, only a few days after the Defendants went all the way against him by broadcasting their malicious lies against the Plaintiff on various social media platforms seen by tens of millions of viewers in the US and around the world.

The Defendants' inexcusable action amounts to incitement of violence against the Plaintiff, who was hospitalized due to the injuries to his right hand and elbow caused by the hate crime against him, directly coinciding with the global hate campaign launched by the Defendants against the Plaintiff with total and reckless disregard for the truth.

Plaintiff requests an order from the court directing Facebook, Youtube, Tik Tok, and Instagram to delete, on a temporary basis, all postings by the Defendants with respect to Plaintiff Afrasiabi, as they constitute hate speech in violation of the laws and statutes of the Commonwealth of Massachusetts.

*Respectfully Submitted,*

*Kaveh L. Afrasiabi, Ph.D.*
*103 Indian Hill Road, Carlisle, MA 01741*
*(617) 319-9276*

4

FILED
IN THE OFFICE OF THE
CLERK OF COURTS

AUG 0 6 2025

FOR MIDDLESEX COUNTY
CLERK

### Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 25 ACV1684

KAVEH L. AFRASIABI, PLAINTIFF(S),

v.

BHARATI NAIK, DEFENDANT(S)



### SUMMONS

THIS SUMMONS IS DIRECTED TO Bharati Naik (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
    a.  Filing your **signed original** response with the Clerk's Office for Civil Business, Middlesex Superior Court, 200 Trade Center, Woburn MA 01801 (address), by mail or in person, **AND**
    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 133 Indian Hill Rd, Carlisle MA 01741

3.  **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4.   **Legal Assistance.**  You may wish to get legal help from a lawyer.  If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.   **Required information on all filings:**  The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi Brieger, Chief Justice on _____, 20 ___.

_Michael A. Sullivan_
Michael A. Sullivan
Clerk-Magistrate

Note:  The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on  24TH JULY , 20 25 I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

PERSONALLY SERVED THE DEFENDANT
BHARATI NAIK

Dated: 25TH JULY , 20 25    Signature: _____

MR. PHILIP SMITH
UK PROCESS

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

24TH JULY , 20 25

MR. PHILIP SMITH
UK PROCESS
31-35 KIRBY STREET, LONDON, EC1N 8TE, UK.
00 44 207 272 9234.

FILED
IN THE OFFICE OF THE
CLERK OF COURTS

AUG 0 6 2025

FOR MIDDLESEX COUNTY
CLERK

5

### Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _2581cv1684_

*Kaveh L. Afrasiabi*, PLAINTIFF(S),

V.

*Piers Morgan*, DEFENDANT(S)



### SUMMONS

THIS SUMMONS IS DIRECTED TO _Piers Morgan_ . (Defendant's name)

**You are being sued.**  The Plaintiff(s) named above has started a lawsuit against you.  A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _Middlesex Superior_ Court.  **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.   **You must respond to this lawsuit in writing within 20 days.**  If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.  You will also lose the opportunity to tell your side of the story.  You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff.  **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.   **How to Respond.**  To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented).  You can do this by:

   a.  Filing your **signed original** response with the Clerk's Office for Civil Business, _Middlesex Superior_ Court, _200 Trade Center, 2nd Fl. Woburn, MA_ (address), by mail or in person, **AND**

   b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _103 Indian Hill Rd, Carlisle, MA 01741_

3.   **What to include in your response.**  An "Answer" is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.  Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court.  If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.  Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit.  If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.**  If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

4.  **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi Brieger, Chief Justice on _____, 20____.

_signature_

Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant

## PROOF OF SERVICE OF PROCESS

I hereby certify that on **24TH JULY**, 20**25** I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

DOCUMENTS ACCEPTED BY BHARATI NAIK
WHO CONFIRMED SHE WAS AUTHORISED
TO ACCEPT SERVICE.

Dated: **25TH JULY**, 20**25**     Signature: _signature_

MR. PHILIP SMITH.
UK PROCESS

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

24TH JULY , 20 25

MR. PHILIP SMITH
UK PROCESS
31-35 KIRBY STREET, LONDON, EC1N 8TE, UK.
00 44 207 272 9234

FILED
IN THE OFFICE OF THE
CLERK OF COURTS

AUG 0 6 2025

FOR MIDDLESEX COUNTY
CLERK

C

**Commonwealth of Massachusetts**

MIDDLESEX.SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _____

KAVEH L. AFRASIABI , PLAINTIFF(S)

v.

Wake up Production LTD , DEFENDANT(S)



**SUMMONS**

THIS SUMMONS IS DIRECTED TO Wakeup Production LTD (Defendant's name)

**You are being sued.**  The Plaintiff(s) named above has started a lawsuit against you.  A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior Court.  **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.**  If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.  You will also lose the opportunity to tell your side of the story.  You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff.  **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.**  To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented).  You can do this by:
    a.  Filing your **signed original** response with the Clerk's Office for Civil Business, Middlesex Court, 200 TradeCenter (address), by mail or in person, **AND**
    Woburn, MA 01801
    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 103 Judson Hill Rd, Carlisle, MA 01741

3.  **What to include in your response.**  An "Answer" is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.  Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court.  If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.  Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit.  If you want to have your case heard by a jury, you must **specifically request** a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.**  If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi Brieger, Chief Justice on _____ , 20 ____ .

_Michael A. Sullivan_

Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on __24TH JULY__ , 20__25__ I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

DOCUMENTS ACCEPTED BY BHARATI NAIK WHO CONFIRMED SHE WAS AUTHORISED TO ACCEPT SERVICE.

Dated: __26TH JULY__ , 20 __25__      Signature: _____

MR. PHILIP SMITH

UK PROCESS

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

24TH JULY , 20 25

MR. PHILIP SMITH
UK PROCESS
31-35 KIRBY STREET, LONDON, EC1N 8TE, UK.
00 44 207 272 9234

Ч

COMMONWEALTH OF MASSACHUSETTS ·

MIDDLESEX SUPERIOR COURT

Case No 2851 CV01684

| | |
|---|---|
| Kaveh L. Afrasiabi, | ) |
| Plaintiff, | ) |
| v. | ) |
| Pier Morgan, Et All, | ) |
| Defendants. | ) |

FILED
IN THE OFFICE OF THE
CLERK OF COURTS

AUG 0 6 2025

FOR MIDDLESEX COUNTY
CLERK

## PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION ON DEFENDANTS' SOCIAL MEDIA POSTINGS LABELING THE PLAINTIFF AS A SPY

Now comes the Plaintiff Afrasiabi, pro se, and pursuant to Rule 9(a) of Civil Rules of Procedure, as well as the Court's instruction on July 9, 2025, moves the court to issue a temporary injunction with respect to al the social media postings of the Defendants labeling the Plaintiff as a spy. The Defendants have maliciously and with reckless disregard for truth have made outrageous defamatory statements against the Plaintiff, claiming that their allegation that Afrasiabi had been arrested for spying for Iran is a statement of facts, *See Exhibits 1-2 of Plaintiff's Complaint*. They have made these false and defamatory statements on youtube, Facebook, Instagram, and Tik Tok, reaching tens of millions of people worldwide. The Defendants have conveniently ignored the letters of attorney William Keefe, identified as an exhibit in Plaintiff's Complaint, clearly stating that he was Afrasiabi's attorney on record and there was never any allegation of spying against Afrasiabi. The Defendants' arrogant behavior underscores their disdain for the rule of law, as if they are above the law and can engage in defamatory behavior with impunity. Hence, a temporary

injunction in this matter is called for and necessary in order to prevent further physical and emotional damages to the Plaintiff. *General Law, Part I, title XV, Chapter 93A, Section 4.* Pursuant to Civil Procedure Rule 65, the Defendants have been served a true copy of this motion on this date, July 11, 2025, through a first-class mail.

Plaintiff Afrasiabi, as stated in the Complaint, has been subjected to hate messages and even threats immediately following the Defendants' unconscionable labeling him as a spy with a global audience, and worse, he suffered a heinous physical attack on him resulting in two fractures in his right hand and a bruised elbow.

Plaintiff states that the above-mentioned behavior of the Defendants in engaging in malicious smear campaign cannot be misconstrued as an exercise of free speech, but rather as purely defamatory, inciting violence against the Plaintiff and causing a considerable degree of public shame and humiliation for him and members of his family. Mass. General Law, Part III, Chapter 231, Section 93; MGL c. 218, § 21; MGL c. 231, §§ 91-94; Haney v. City of Boston, 30 Mass.L.Rptr. 199 (2012); Lane v MPG Newspapers & Others, 438 Mass. 476 (2003). A temporary injunction as requested above is in the interest of justice.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

103 Indian Hill Road, Carlisle, MA 01741

(617) 3199276

Certificate of service: A true copy of this Motion has been sent to the Defendants at their address at:

Piers Morgan Studio at Earling broadcast center, News UK Building,  London Bridge Street, London, SE1. 9GF, United Kingdom, under the pains and penalties of perjury on this date, July 11, 2025.

 Facebook · Piers Morgan Uncensored
570+ reactions · 2 weeks ...

## Piers Morgan Uncensored

"I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of spying ...

 TikTok · piersmorganuncensored
32.8K+ views · 2 weeks ...

## Kaveh Afrasiabi Threatens Lawsuit Against Piers Morgan

"I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of ...

 Instagram · piersmorganuncensored
220+ lik...

## Piers Morgan Uncensored | "I will bring ...

Piers Morgan Uncensored | "I will bring a MAJOR lawsuit on your head!" **Kaveh Afrasiabi grows incensed at** @piersmorgan for mentioning he was arrested on ...

 X · PiersUncensored
250+ likes · 2 weeks ...

## Piers Morgan Uncensored - X



" **Kaveh Afrasiabi grows incensed at Piers Morgan** for mentioning he was arrested on charges of spying for Iran. Piers: "Do what you like mate ...

AI Overview

Based on recent reports and videos from Piers Morgan Uncensored, there was an exchange between Piers Morgan and Kaveh Afrasiabi. This occurred during a broadcast where Piers Morgan mentioned that Afrasiabi had been arrested on charges of spying for Iran. 🖉

Kaveh Afrasiabi threatens to SUE Piers Morgan for stating facts

Jun 23, 2025 — "I will bring a MAJOR lawsuit on your head!" Kaveh Afrasiabi grows incensed at Piers Morgan for mentioning he was arrested on charges of



Show more  ⌄


Facebook · Piers Morgan Uncensored
570+ reactions · 2 weeks ...

Kaveh Afrasiabi threatens to SUE Piers Morgan for stating ...

"I will bring a MAJOR lawsuit on your head!" Kaveh Afrasiabi grows incensed at Piers Morgan for mentioning he was arrested on charges of ...

2:41

# WILLIAM KEEFE
# LAWYER

801 C TREMONT STREET
BOSTON MASSACHUSETTS 02118
TEL: (617) 947-8483
FAX: 617-445-8002
E-MAIL: wkeefelaw@gmail.com

June 27, 2025

To: Piers Morgan, by email courtesy of: bharati.naik@pmu.media

Dear Mr. Morgan,

I represent Dr. Kaveh Lotfolah Afrasiabi for the purpose of this correspondence. I represented him when he was arrested in 2021 by U.S. federal agents and charged with violating the Foreign Agent Registration Act (FARA) over his consulting role he had with Iran's Mission to the United Nations. Contrary to your claim on your recent program when you hosted my client as a guest speaker, you stated that Dr. Afrasiabi was arrested and charged criminally as a spy for Iran. This was a completely false statement. In fact, Dr. Afrasiabi was never accused of spying in the United States District Court prosecution of him in the Eastern District of New York (Brooklyn Federal Court). The sole allegation against Dr. Afrasiabi was that he served as a consultant to Iran's Mission to the United Nations without complying with certain registration requirements with the U.S. State Department as an employee of the Iranian Mission. You have seriously damaged Dr. Afrasiabi's reputation by levelling these false accusations and falsely portraying them as facts to millions of your viewers, readers and listeners.

By your knowingly false statements you have defamed him. In addition, in today's volatile environment you have seriously jeopardized Dr. Afrasiabi's safety and security by maliciously and falsely labeling him as an Iranian spy. God forbid any harm comes to Dr. Afrasiabi as a result of your malicious and deliberate smears of his character by labeling him a spy for Iran.

On behalf of Dr. Afrasiabi, I demand a response to this correspondence. At a minimum, an immediate retraction and public apology on your program to Dr. Afrasiabi, and the immediate deletion of your anti-Afrasiabi posts on your Instagram, Tik Tok, facebook and other social media sites is appropriate. I believe something more would make this awful situation right. If you do not comply with this reasonable to contact me with a reasonable settlement, and request to stop your ongoing libel and slander of Dr. Afrasiabi, legal consequences will ensue forthwith. Thank you for your attention this matter. Please feel free to reach me at the above email address or telephone number.

Sincerely,

/s/ William Keefe

William Keefe

# WILLIAM KEEFE
# LAWYER

801 C TREMONT STREET
BOSTON MASSACHUSETTS 02118
TEL: (617) 947-8483
FAX: 617-445-8002
E-MAIL: wkeefelaw@gmail.com

June 27, 2025

To: Piers Morgan, by email courtesy of: bharati.naik@pmu.media

Dear Mr. Morgan,

I represent Dr. Kaveh Lotfolah Afrasiabi for the purpose of this correspondence. I represented him when he was arrested in 2021 by U.S. federal agents and charged with violating the Foreign Agent Registration Act (FARA) over his consulting role he had with Iran's Mission to the United Nations. Contrary to your claim on your recent program when you hosted my client as a guest speaker, you stated that Dr. Afrasiabi was arrested and charged criminally as a spy for Iran. This was a completely false statement. In fact, Dr. Afrasiabi was never accused of spying in the United States District Court prosecution of him in the Eastern District of New York (Brooklyn Federal Court). The sole allegation against Dr. Afrasiabi was that he served as a consultant to Iran's Mission the United Nations without complying with certain registration requirements with the U.S. State Department as an employee of the Iranian Mission. You have seriously damaged Dr. Afrasiabi's reputation by levelling these false accusations and falsely portraying them as facts to millions of your viewers, readers and listeners.

By your knowingly false statements you have defamed him. In addition, in today's volatile environment you have seriously jeopardized Dr. Afrasiabi's safety and security by maliciously and falsely labeling him as an Iranian spy. God forbid any harm comes to Dr. Afrasiabi as a result of your malicious and deliberate smears of his character by labeling him a spy for Iran.

On behalf of Dr. Afrasiabi, I demand a response to this correspondence. At a minimum, an immediate retraction and public apology on your program to Dr. Afrasiabi, and the immediate deletion of your anti-Afrasiabi posts on your Instagram, Tik Tok, facebook and other social media sites is appropriate. I believe something more would make this awful situation right. If you do not comply with this reasonable to contact me with a reasonable settlement, and request to stop your ongoing libel and slander of Dr. Afrasiabi, legal consequences will ensue forthwith. Thank you for your attention this matter. Please feel free to reach me at the above email address or telephone number.

Sincerely,

/s/ William Keefe

William Keefe

 ● **John A. Tatoian JD Esq, President, John**   Mon, Jun 30 at 12:52 PM  ☆
From: jtatoianlaw@gmail.com
To: bharati.naik@pmu.media
Cc: rebecca.banovic@pmu.media

TO;
Wake Up Productions Ltd
Piers Morgan
Bharti Naik
c/o Kreston Reeves llp
2nd floor
168 Shoreditch
High Street
London UK E1 6RA

Mr. Morgan;

My office represents Dr. Kaveh Afrasiabi  world renowned author of over 30 books. Dr. Afrasiabi was a guest on your show entitled " Piers Morgan Uncensored " airing June 20 3025. According to your own statistics, your show is watched by over 1 billion people worldwide.

During the course of the show you stated Dr. Afrasiabi was arrested for " spying" , a criminal act pursuant to 18 USC 37 et seq.

In fact, Dr. Afrasiabi was not arrested for " spying" or espionage but was arrested for violating the Foreign Agents Registration Act 22 USC 611 et seq and was subsequently pardoned by President Biden on September 14 2023 & all charges were dismissed. Thus, contrary to your  outrageous statement, there was never any allegation of spying or espionage against Dr. Afrasiabi.

Thus the aforementioned statement by you accusing my client of a crime he was never arrested for a) disparaged his reputation,  b) put his safety significantly at risk, c) was knowingly false or made with a reckless disregard for its truth, and d) was communicated and disseminated to presumably 100's of millions of viewers worldwide, including but not limited to Facebook, Instagram & Tik Tok.

My client demands an apology and retraction of your knowingly false statement forthwith or an action may be brought pursuant to Massachusetts law for defamation per se which may subject you personally for actual damages, presumed damages, punitive damages, injunctive relief,  costs and attorney fees.

Please contact my office directly to resolve this matter amicably.

Govern yourself accordingly.


John A. Tatoian JD Esq
Chairman
John Tatoian Enterprises
Tatoian Global Media LLC
JPT Holdings LLC
Worldwide Asset Group
Tatoian & Associates
www.johntatoianlaw.com
TatoianEnterprises.net
United States District Court of Connecticut,  United States District Court of Massachusetts,  state Court of Massachusetts
***** avvo.com
860 490 4138

ORTHOPAEDIC SURGICAL ASSOCIATES, PC - 2 LAN DRIVE, WESTFORD MA 01886-3532

**AFRASIABI, Lotfolah K (id #179296, dob: 02/13/1957)**

07/03/2025

| From Provider | To Provider |
|---|---|
| **ALLIS KIM, MD**<br>**ORTHOPAEDIC SURGICAL ASSOCIATES, PC**<br>**2 LAN DRIVE**<br>**WESTFORD, MA 01886-3532**<br>**Phone: (978) 454-0706**<br>**Fax: (978) 970-0454** | |

## Order Information

| Order |
|---|
| Orders included: 1 |
| Other closed fracture of distal end of right radius, initial encounter - Right<br>ICD-10: S52.591A: Other fractures of lower end of right radius, initial encounter for closed fracture<br>&bull; NOTE TO RETURN TO WORK/SCHOOL<br>      Note to Provider: Lotfolah will be out of work for 4-6 weeks due to wrist fracture |

## Patient Information

| Patient Name | AFRASIABI, LOTFOLAH K |
|---|---|
| DOB | 02/13/1957 |
| Primary Insurance | Medicare-MA (Medicare)<br>ID: 6RA6Q53HM68<br>Policy Holder: AFRASIABI, LOTFOLAH |
| Secondary Insurance | None recorded. |

Electronically Signed by: ALLIS KIM, MD

Affidavit on behalf of: Plaintiff
Affidavit of: Philip John Brooks Smith
Affidavit No: 1
Exhibit No: "PS1"
Date Sworn: As Dated

**COMMONWEALTH OF MASSACHUSETTS**

**MIDDLESEX SUPERIOR COURT**

**CASE NO. 2581CV1684**

**FILED**
IN THE OFFICE OF THE
**CLERK OF COURTS**
FOR THE COUNTY OF MIDDLESEX

**AUG 1 1 2025**

*[signature]* CLERK

**B E T W E E N:**

### KAVEH L. AFRASIABI

Plaintiff

- and –

### PIERS MORGAN

### BHARATI NAIK

### WAKE UP PRODUCTIONS LTD

Defendants

---

## AFFIDAVIT OF PROCESS SERVER

---

I, Philip John Brooks Smith of UK Process, 31-35 Kirby Street, London, EC1N 8TE, Process Server acting under the direction of the Plaintiff, Swear on Oath as follows:

1. That except where otherwise stated to the contrary this Affidavit is made of my own knowledge to the matters referred to.

2. That I did on the 24th day of July 2025 at 14.22 hours personally serve the Defendants Piers Morgan, Bharati Naik and Wake Up Productions Ltd with the following Documents (**"the documents"**):

   - Summons; and
   - Complaint.

3. That I served the documents upon Piers Morgan, Bharati Naik and Wake Up Productions Ltd at The News Building, 3 London Bridge, London SE1 9SG, England.

4. That the documents were served personally upon Bharati Naik who also accepted the documents for Piers Morgan and Wake Up Productions Ltd and who also informed that she was authorised to accept the same.

5. That Bharati Naik did confirm her identity to me whilst accepting the documents from me after I recognised her from a photograph in my possession.

6. That there is now produced and shown to me marked "PS1" a bundle containing true copies of the documents so served by me which were identical save for the Summons being individually addressed to each Defendant (and also exhibited).

Statement of Truth: I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Sworn by Philip John Brooks Smith

At:    **405/7 HOLLOWAY ROAD**
       **LONDON N7 6HG**

This the 7th day of August 2025

Before me,

PAUL J. BAKER
SOLICITOR
405/7, HOLLOWAY ROAD
LONDON, N7 6HG

L2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
Civil Action No. 2581cv01684

---

KAVEH L. AFRASIABI,
     Plaintiff,

     v.

PIERS MORGAN,
BHARATI NAIK, and
WAKE UP PRODUCTIONS LTD,
     Defendants.

---

RECEIVED

08/13/25

## EMERGENCY MOTION BY DEFENDANTS
## TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Piers Morgan, Bharati Naik, and Wake Up Productions LTD file this emergency Motion per Mass. R. Civ. P. 6(b) and Superior Court Rule 9A(d)(1) to extend to Friday, August 22, 2025, the time for them to respond to pro se Plaintiff's Complaint.  In support of this Motion, undersigned counsel states as follows:

1.     According to the docket, Plaintiff filed this action pro se on July 9, 2025.

2.     Each of the other Defendants is a resident of and/or is located in the United Kingdom.

3.     According to the returns of service filed, Plaintiff purportedly served each of Defendants by having the summons and Complaint delivered to one Defendant, Bharati Naik, in the United Kingdom on July 24, 2025.

4.     On August 12, 2025, the law firm Davis Wright Tremaine LLP in New York was retained for purposes, at present, of seeking an extension of time for Defendants to respond to the Complaint, after learning that Plaintiff purportedly "served" all Defendants by handing the Summons and Complaint to Mr. Naik in the United Kingdom.

1

JB

5.      On August 12, Davis Wright Tremaine contacted undersigned counsel to assist in seeking additional time to respond to the Complaint.

6.      Having just been engaged on this matter, and given the relevant geography, Defendants' counsel seek a brief extension to Friday, August 22, 2025, for them to be fully engaged on this matter, to assess preliminary issues including without limitation the validity of the pro se Plaintiff's service and whether the Court has personal jurisdiction over each of Defendants, and to file an Answer or otherwise respond to Plaintiff's Complaint.

7.      On August 13, 2025, undersigned counsel left a voicemail at the phone number for the pro se Plaintiff listed on the Complaint informing him of counsel's request for the brief extension and the filing of this Motion.  As of filing, undersigned counsel has received no response.

### <u>Conclusion</u>

WHEREFORE undersigned counsel requests that the Court allow this Motion and extend to Friday, August 22, 2025, the time for Defendants to respond to Plaintiff's Complaint.

Respectfully submitted,
PIERS MORGAN,
BHARATI NAIK, and
WAKE UP PRODUCTIONS LTD,
Defendants,
By Their Attorneys,

August 13, 2025                    _/s/ Justin P. O'Brien_____
Justin P. O'Brien (BBO #658765)
Benjamin A. Ashenburg (BBO #710713)
LOVETT O'BRIEN LLP
155 Federal Street, Suite 1300
Boston, MA 02110
jobrien@lovettobrien.com
617-371-1035 phone
jobrien@lovettobrien.com
bashenburg@lovettobrien.com

2

## Rule 9A(d)(1) Certificate

Undersigned counsel certifies that on August 13, 2025, in good faith he telephoned and left a voicemail for pro se Plaintiff at the phone number listed on the Complaint, which lists no email address, concerning this Motion.  As of filing, undersigned counsel had no response from Plaintiff.

Dated: August 13, 2025                    _/s/ Justin P. O'Brien_
                                          Justin P. O'Brien

## Certificate of Service

I hereby certify that I served a true copy of this document by first class mail to Plaintiff at the address listed on the Complaint.

Dated: August 13, 2025                    _/s/ Justin P. O'Brien_
                                          Justin P. O'Brien

3

Date Filed 8/13/2025 3:40 PM
Superior Court - Middlesex
Docket Number 2581CV01684

9

L2

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                    SUPERIOR COURT DEPARTMENT
                                 Civil Action No. 2581cv01684

```
KAVEH L. AFRASIABI,
    Plaintiff,

v.

PIERS MORGAN,
BHARATI NAIK, and
WAKE UP PRODUCTIONS LTD,
    Defendants.
```

RECEIVED

08/13/25

### EMERGENCY MOTION BY DEFENDANTS
### TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Piers Morgan, Bharati Naik, and Wake Up Productions LTD file this

emergency Motion per Mass. R. Civ. P. 6(b) and Superior Court Rule 9A(d)(1) to extend to

Friday, August 22, 2025, the time for them to respond to pro se Plaintiff's Complaint.  In support

of this Motion, undersigned counsel states as follows:

1.      According to the docket, Plaintiff filed this action pro se on July 9, 2025.

2.      Each of the other Defendants is a resident of and/or is located in the United

Kingdom.

3.      According to the returns of service filed, Plaintiff purportedly served each of

Defendants by having the summons and Complaint delivered to one Defendant, Bharati Naik, in

the United Kingdom on July 24, 2025.

4.      On August 12, 2025, the law firm Davis Wright Tremaine LLP in New York was

retained for purposes, at present, of seeking an extension of time for Defendants to respond to the

Complaint, after learning that Plaintiff purportedly "served" all Defendants by handing the

Summons and Complaint to Mr. Naik in the United Kingdom.

1

JB

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX SUPERIOR COURT

CASE NO: 2581CV1684

10

KAVEH L. AFRASIABI

V.

PIERS MORGAN, ET ALL.

RECEIVED

08/14/25

## PLAINTIFF'S MOTION TO PUT THE CASE ON FAST TRACK

Now comes the Plaintiff Afrasiabi, Pro Se, and moves the court to put this case on the Fast Track. Presently, the case is on average track and in the interest of justice, Plaintiff prays the court to place it on the Fast Track.

As grounds for this Motion, Plaintiff states that this case involves the malicious smear of Plaintiff by the Defendants on a global scale, resulting in serious irreparable harm to the Plaintiff. This egregious injustice should be addressed and terminated in court as soon as possible, since the longer the Defendants' defamatory actions against the Plaintiff continue, the more painful the results for the Plaintiff, complained of.

Furthermore, Plaintiff is 68 years old and is acting pro se. Time operates against the Plaintiff and the average track is adverse toward his effort to muster the energy and will power to contest in court the egregious and unlawful action of Defendants. Plaintiff has recently had a major (5bypass) heart surgery, in May, 2024, and the stress of a slow and painstaking process on the average track is also not good for his health.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

103 Indian Hill Road,

Carlisle, MA 01741

(617) 3199276

Date: July 10, 2025

Certificate of Service: A true copy of this motion has been sent by mail to the defendants at their address at Piers Morgan Studio, News Building, London Bridge, London SE 1 9SG, UK, on this date, July 10, 2025, under the pains and penalty of perjury.    JB

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX SUPERIOR COURT

CASE NO. 2581CV1684

KAVEH L. AFRASIABI,

V.

PIERS MORGAN, ET ALL.

RECEIVED

8/14/2025

### **RULE 9(A) AFFIDAVIT OF COMPLIANCE**

I, Kaveh L. Afrasiabi, the Plaintiff in the above-captioned case say the following facts based on my personal knowledge, under the pains and penalties of perjury.

1.  I have fully complied with the Commonwealth's rules of civil procedure by mailing a true copy of Plaintiff's Motion to Put the Case on Fast Track to all the Defendants, Piers Morgan, Bharati Naik and Wake Up Production, Ltd., at their business address on July 10, 2025, through a regular mail.

2.  The following business address of the Defendants was used to send the above-said Motion: Piers Morgan Studio, News Building, London Bridge, London SE 1 9SG, England.

3.  As of August 14, 2025, I have not received any response and or answer to the Motion from the Defendants. The Defendants have also failed to respond to the Complaint, which was duly served on them on July 24, 2025 by a UK Process Server; all proofs of service have been returned to the court and docketed.

4.  I am filing the Plaintiff's Motion to Put the Case on Fast Track on August 14, 2025,

without any response or answer from the Defendants since I did not receive any

response to my motion from any of the Defendants in this instant case.

Kaveh L. Afrasiabi

103 Indian Hill Road

Carlisle, Ma 01741

Date: August 14, 2025

Under the pains and penalty of perjury on this date, August 14, 2025,

Kaveh L. Afrasiabi