UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO: 25-CV-12311

FILED
IN CLERKS OFFICE
2025 SEP 26 AM 11:18
U.S. DISTRICT COURT
DISTRICT OF MASS.

KAVEH LOTFOLAH AFRASIABI,    )
    Plaintiff,    )
    v.    )
PIERS MORGAN, ET ALL,    )
    Defendants.    )

### PLAINTIFF'S SUPPLEMENTARY MOTION FOR SANCTIONS ON OPPOSING COUNSEL RACHEL STROM FOR FALSE REPRESENTATION OF FACTS TO THE COURT

Plaintiff Afrasiabi, Pro Se, now files this supplementary motion for sanctions on the opposing counsel for making an egregious false statement of facts to the court in order to smear the Plaintiff and to gain advantage with the court. In their Memorandum of Law in Support of Motion to Stay Discovery, the opposing counsel have made the factual statement that Afrasiabi has been sending dozens of emails in a single day. After the Plaintiff's opposition to the Motion was filed in Court, highlighting the pure falsity of this allegation, the opposing counsel have "corrected" themselves without having the decency of explaining to the court the reason behind this egregious falsehood. The court should not accept this as an innocent error, but rather as a malicious falsehood aimed at misleading the court and misrepresenting the facts in order to score against the Plaintiff.

Even in their "Notice" admitting their error, the opposing counsel have not bothered to state they themselves have been sending numerous emails to the Plaintiff, eliciting his response, or that most of the exchanges between the two sides revolved around discovery issues, as can be ascertained by the title of Afrasiabi's emails, such as "notice of deposition" or "interrogatories" or "proposed rule 26 conference." *See Exhibit Number 1.* Instead, they have deliberately misrepresented Plaintiff's emails, by exaggerating the numbers and giving the false impression that the Plaintiff is irrational or out of control, when, in fact, he is merely trying to seek justice by exercising his rights as his own attorney. At bottom, it is the lack of respect for a pro se plaintiff that is responsible for the abhorrent behavior of the opposing counsel, complained of.

For the record, a breakdown of emails by attorney Strom is as follows:

Agust 26th (6 emails), August 30th (5 emails), September 4t (4 emails), September 3rd (4 emails), September 8 (8 emails), September 9 (4 emails), September 13 (9 emails), September 15 (5 emails), September 24 (5 emails).

In addition to attorney Strom, Plaintiff has also received emails from the other opposing counsel on the record. There is nothing extraordinary or abnormal about the slew of emails from both sides, centered on discovery issues, and, yet, the opposing counsel have maliciously sought to vastly exaggerate the number of emails sent by the Plaintiff, and to distort the very purpose of Afrasiabi's communications, for the sole purpose of defaming and smearing him with the court.

Wherefore, pursuant to the court's code of conduct, Plaintiff prays the court to impose a severe financial sanction on the opposing counsel for deliberately misstating a crucial fact for the sake of their own sinister purposes.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

103 Indian Hill Road

Carlisle, MA 01741

Certificate of Service: A true copy of this Supplementary Motion For Sanctions has been served on the opposing counsel on this date, September 24, 2025.

Kaveh L. Afrasiabi