UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAVEH L. AFRASIABI,
        Plaintiff,

V.

PIERS MORGAN, BHARATI NAIK, and
WAKE UP PRODUCTIONS, LTD.,
        Defendants.

CIVIL ACTION
No.  25-12311-BEM

## ORDER OF DISMISSAL

MURPHY, D.J.

    Pursuant to this Court's allowance of the Defendants' Motion to Dismiss on November 25, 2025 [ECF # 85], it is ORDERED that the above-entitled case is **DISMISSED**.


DATED:  November 25, 2025

*/s/ Brian E. Murphy*
Brian E. Murphy
United States District Judge