103 Indian Hill Road,

Carlisle, MA 01741

Date: December 18, 2025

Certificate of Service: A true copy of this Motion has been served on the opposing counsel on this date, December 18, 2025, under the pains and penalty of perjury.