Appendix 1

# Massachusetts law about drafting a complaint in Massachusetts

Laws, regulations, cases and web sources on the law of drafting a complaint in the state.

See also:

- **Massachusetts legal writing and citations** (/info-details/massachusetts-legal-writing-and-citations)
- **Massachusetts law about civil procedure** (/info-details/massachusetts-law-about-civil-procedure)
- **Massachusetts law about self-represented litigants** (/info-details/massachusetts-law-about-self-represented-litigants)
- **Representing yourself in a civil case: VI. Starting a civil case** (/info-details/representing-yourself-in-a-civil-case-vi-starting-a-civil-case)
- **Court filing fees** (/info-details/uniform-schedule-of-fees)

If you are unable to find the information you are looking for, or if you have a specific question, please **contact our law librarians** (/ask-a-law-librarian) for assistance. For information about the ways courts can help and how to distinguish between legal information and legal advice, **watch the following video** (https://vimeo.com/910499731).

> Overview
> First steps
> Writing the complaint
> Parts of a complaint
> Web sources
> Print sources
> Contact

## Overview

To sue someone in Massachusetts, you have to file a complaint with the clerk of the court. A complaint is not a specific form. It is a document that contains a short statement of the facts showing your claim and why you are entitled to relief and a demand for judgment granting that

relief. While the courts have forms that can be used as complaints for some types of actions, such as divorce, in general **you must draft the complaint yourself**. This guide is an overview of the process of drafting a complaint for a civil action.

# First steps

The process does not begin with actual drafting. Before you start to write, you should do the following:

## 1. Determine the type of case you have & its jurisdiction

An important step to take initially is to decide what your civil matter is about (i.e., a contract dispute, a landlord-tenant issue, a personal injury matter, a family law matter, a probate dispute, etc.). Based upon that information, you can then decide which court has the power to hear your case, i.e., District Court, Superior Court, Housing Court, Bankruptcy Court, Probate & Family Court, etc.

In Superior Court and District Court, jurisdiction over suits for money damages is determined by the amount of damages you request. The **Superior Court has jurisdiction over cases involving more than $50,000** (/supreme-judicial-court-rules/supreme-judicial-court-order-regarding-amount-in-controversy). If there is no reasonable likelihood that the damages will be more than $50,000, the District Court has jurisdiction. If the amount of damages is $7,000 or less, most cases can be brought in Small Claims Court, a special session of the District Court.

If you need more detailed information about how to determine the jurisdiction of each court department, see **Trial Court information** (/orgs/massachusetts-court-system) or the book **Civil Practice, 4<u>th</u> <u>ed</u>**. (https://mtcll.ent.sirsi.net/client/en_US/public/search/detailnonmodal/ent:$002f$002fSD_ILS$002f0$002fSD_ILS:64332/one) (Mass. Practice vol. 9-9A), Chapter 4: Jurisdiction of particular courts, West, updated with supplements.