App. 2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO: 25-CV-12311

| | |
|---|---|
| KAVEH LOTFOLAH AFRASIABI, | ) |
| Plaintiff, | ) |
| v. | ) |
| PIERS MORGAN, ET ALL, | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY

Now comes the Plaintiff Afrasiabi, Pro Se, and moves the Honorable Court to allow jurisdictional discovery regarding the Defendant Piers Morgan. Specifically, the court should issue an order allowing discovery on whether or not Defendant Morgan is a United States resident?

As ground for this Motion, Plaintiff states the following:

(a) Defendants' attorneys in the Notice of Removal have stated that all the defendants reside in United Kingdom (p. 3).

(b) Yet, Defendant Morgan has admitted on social media that he is a British citizen and has a US green card. See Exhibit No. 1.

(c) Per the information from attorney Tatoian to the Plaintiff, Defendant Morgan is listed as a California resident, owns a home in Beverly Hills, and also owns a bank account in US.

(d) The determination of Defendant Morgan's residency is pertinent to Plaintiff's choices of venue, as he might revise and re-file the lawsuit against Morgan only in a state court, if it is established that he has a dual US-UK residency. Also, that would establish that the defendant attorneys willfully misled the court about a factual matter, irrespective of the jurisdictional matter, and should be considered for sanctions, per the Bar's Code of Ethics 3.1.

€ The court in this Circuit has recognized the significance of jurisdictional discovery. Sunview Condo. *Ass'n v. Flexel Int'l, Ltd.*, 116 F.3d 962, 964-65 (1st Cir. 1997).

Respectfully Submitted

Kaveh L. Afrasiabi, Ph.D.

103 Indian Hill Road

Carlisle, MA 01741

(717) 3199276

Certificate of Service: A true copy of this Motion has been served upon the opposing counsel Rachel Strom and Justin O'Brien by first class mail on this date, September 5, 2025.