EXHIBIT NUMBER ONE

## Piers Morgan on X: "No. I'm a US resident, British citizen ...

Twitter · piersmorgan
*5 likes · 13 years ago*

 **Redirect Notice**

*No.* I'm a US resident, British citizen RT @FindingMeJ13 @piersmorgan are you a US citizen?